H59KDROC

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x

3  MARTA HALON DROZD, et al.,

4             Plaintiffs,

5        v.                              17 CV 922 (RMB)

6  340 WEST 46TH STREET CORP.,
   d/b/a LE RIVAGE, et al.,
7
             Defendants.
8
   ------------------------------x
9                                        New York, N.Y.
                                         May 9, 2017
10                                       9:25 a.m.

11 Before:

12                 HON. RICHARD M. BERMAN,

13                                       District Judge

14                      APPEARANCES

15 PECHMAN LAW GROUP PLLC
        Attorneys for Plaintiffs
16 BY:  LAURA GERACE RODRIGUEZ
        GREGORY SLOTNICK
17
   KLEIN ZELMAN ROTHERMEL JACOBS & SCHERR LLP
18      Attorneys for Defendants
   BY:  JANE JACOBS
19

20

21

22

23

24

25

H59KDROC

```
 1              (Case called)
 2              THE COURT:  I reviewed, and shortened up a little bit,
 3     your discovery period.  Is this a case, you're going to settle,
 4     do you think?
 5              MS. RODRIGUEZ:  Your Honor, we hope to be able to
 6     reach a point where we can settle it.  At this point, we
 7     haven't engaged in any settlement negotiations yet.  This is a
 8     case where there are wage-and-hour claims but also
 9     discrimination claims and a lot of emotion involved on the
10     plaintiffs' side.  So, we feel the need to go through some
11     discovery and have some depositions because that's something
12     that our clients have requested, and we think will be
13     necessary, to really get to all the details of the case.
14              Perhaps once we do that, we'll be able to discuss
15     settlement, and that's something we're always open to, but at
16     this point, the discussions haven't begun.
17              THE COURT:  Okay.
18              I'm going to also include a referral to the magistrate
19     judge for discovery and settlement possibilities, whatever.
20              MS. JACOBS:  If I may, your Honor?
21              THE COURT:  Yes.
22              MS. JACOBS:  Understanding that often plaintiffs need
23     to be heard and give a deposition before they're amenable to
24     settlement, this is a case with certain situations where we
25     think that an early attempt at mediation might be advantageous.
```

H59KDROC

1    So, I don't know if there is a time frame in your referral, but

2    if there is, we would hope for an earlier rather than later

3    one.

4            THE COURT:  Early is fine.  We have to figure out who

5    the magistrate judge is.

6            All right.  It's Judge Parker.  You should call her

7    today or tomorrow, and I will include early settlement talks in

8    here.  Get on her calendar.  She's very good and maybe can help

9    you in the short run save you some money in discovery,

10   et cetera.

11           MS. JACOBS:  Thank you.

12           THE COURT:  Okay.

13           MS. JACOBS:  Okay.

14           MS. RODRIGUEZ:  Thank you, your Honor.

15           THE COURT:  Great.  Nice to see you.

16           MR. SLOTNICK:  Thank you, your Honor.

17                              * * *

18

19

20

21

22

23

24

25